**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

United States,

                Plaintiff,      Case No. 18-cr-20126

v.                                    Judith E. Levy
                                        United States District Judge

Ruben Alvarez, Jr.,

                                        Mag. Judge David R. Grand

                Defendant.

_____/

**ORDER GRANTING DEFENDANT'S MOTION FOR EARLY**
**TERMINATION OF SUPERVISED RELEASE [76]**

Before the Court is Defendant Ruben Alvarez's motion for early termination of supervised release. (ECF No. 76.) Defendant has spent approximately sixteen months on supervised release. (*See id.* at PageID.310.) The government opposes Defendant's motion. (*See* ECF No. 81.) Defendant filed a reply brief. (ECF No. 82.)

Under 18 U.S.C. § 3583(e)(1), a court may "terminate a term of supervised release and discharge the defendant released at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released

and the interest of justice." 18 U.S.C. § 3583(e)(1). In evaluating whether to terminate a defendant's term of supervised release, the Court considers "the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)." 18 U.S.C. § 3583(e).

Defendant has fully complied with all terms of his supervised release and has stable employment at a pipe factory. (ECF No. 76, PageID.314–315.) He and his fiancée share an apartment and care for their two young children. (*Id.*) Defendant has had "[n]o new criminal activity, no positive drug tests, no missed appointments. He paid off all his financial obligations to the Court." (*Id.* at PageID.315.) Moreover, Defendant is not in need of mental health services, job placement services, drug treatment services, or medication monitoring. (ECF No. 82, PageID.332–333.)

Therefore, after considering the briefs submitted by both parties, as well as the § 3553 factors, the Court is satisfied that Defendant's conduct and the interest of justice warrant early termination of Defendant's supervised release. 18 U.S.C. § 3583(e)(1). Accordingly, Defendant's motion for early termination of supervised release is GRANTED.

2

IT IS SO ORDERED.

Dated: June 6, 2023　　　　　　　　s/Judith E. Levy
Ann Arbor, Michigan　　　　　　　　JUDITH E. LEVY
　　　　　　　　　　　　　　　　　United States District Judge

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 6, 2023.

　　　　　　　　　　　　　　　　　s/William Barkholz
　　　　　　　　　　　　　　　　　WILLIAM BARKHOLZ
　　　　　　　　　　　　　　　　　Case Manager